UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cv-00358-FDW-DSC

| | | |
|---|---|---|
| ANTRONE RODWELL, Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| DONE RIGHT MERCHANDISING, INC., | ) ) | |
| Defendant. | ) ) ) | |

THIS MATTER is before the Court on the parties Joint Motion to Approve Stipulate Form of Notice of Collective Action and to Stay Pending Mediation ("Joint Motion"), wherein the Parties having agreed and stipulated pursuant to the for purposes of pursuing settlement. (Doc. No. 13). For the reasons stated in the Joint Motion, it is GRANTED.

IT IS HEREBY ORDERED that the Notice of Collective Action Lawsuit ("Notice") and Consent to Join ("Consent") forms attached as Exhibit A to the Joint Motion are APPROVED and that said notice be sent to all current and former employees of DRM who worked at least one workweek over 40 hours as traveling merchandisers performing remodels at Dollar General retail stores within the two (2) years preceding the date of this Order.

IT IS FURTHER ORDERED that all further stipulations and agreements between the Parties set forth in the Joint Motion are APPROVED and that the Parties shall adhere thereto, subject to further order of the Court.

IT IS FURTHER ORDERED that these proceedings are STAYED until seventy-five (75) days after the close of the opt-in period. The parties shall report to the Court on the status of their

1

settlement attempts on this date. If the matter is not settled, the parties shall also submit on that same date their Certificate of Initial Attorney Fed. R. Civ. P. 26(f) Conference Form. In completing that Form, counsel should note the Court intends to assign this matter to its "Simple/Fast Track" case management track, particularly given the parties' stipulations and agreements as to notice, exchange of information, and mediation as set forth in the Joint Motion.

IT IS SO ORDERED.

Signed: October 13, 2022

Frank D. Whitney
United States District Judge

2