NITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-00358-FDW-DCK

| | |
|---|---|
| **ANTRONE RODWELL, Individually and on behalf of all others similarly situated,**   )<br>)<br>**Plaintiffs,**   )<br>)<br>v.   )<br>)<br>**DONE RIGHT MERCHANDISING, INC.,**   )<br>)<br>**Defendant.**   )<br>) | **ORDER** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Settlement Approval, (Doc. No. 33). Having carefully considered the motion and the record, including the settlement agreement filed under seal, (Doc. No. 32), the undersigned will GRANT the motion. Based on the record and the totality of the circumstances, the Court determines the terms of the settlement of this litigation are fair and reasonable, including the amounts paid to Plaintiffs, as well as the fees and reimbursement of costs paid to their attorneys.

**IT IS, THEREFORE, ORDERED** that the Motion, (Doc. No. 33), is GRANTED, and the Court hereby:

1. Approves the Settlement and Release Agreement, adjudging its terms to be fair, reasonable, and adequate, and directs the Parties to consummate its terms and provisions;

2. Permanently enjoins all Authorized Claimants from prosecuting against the Released Parties any and all of the Released Claims;

3. Permanently enjoins the Representative Plaintiff from prosecuting against the Released Parties any and all of the Released Claims; and

1

4. DISMISSES WITH PREDJUDICE the lawsuit with prejudice and DIRECTS the Clerk of Court to CLOSE THE CASE.

**IT IS SO ORDERED.**

Signed: June 14, 2023

Frank D. Whitney
United States District Judge